1034

THE STATE OF WASHINGTON, *Respondent*, v. K.L.G., *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 15-8-00144-1, Charles R. Snyder, J., entered October 5, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Appelwick and Leach, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. SIMION MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-1-03369-3, LeRoy McCullough, J., entered October 16, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Mann, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN EDWARD HUTSELL, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 15-1-00463-7, Dave Needy, J., entered October 15, 2015. *Affirmed* by unpublished opinion per Leach, J., concurred in by Schindler and Dwyer, JJ.

GENE BUSROE ET AL., *Appellants*, v. DREAMERS ROD, CUSTOM & PICK-UPS N.W., INC., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-2-06689-9, Millie M. Judge, J., entered October 9, 2015. *Affirmed* by unpublished opinion per Leach, J., concurred in by Schindler and Dwyer, JJ.